UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV 13-01093- JLS(RNBx) |
| Plaintiff, | |
| vs. | JUDGMENT REDUCING TAX ASSESSMENTS TO JUDGMENT |
| ROBERT C. WADE., ET. AL. | |
| Defendants. | |

Based on the stipulation between plaintiff United States of America and defendants Wade Landscape, Inc., and Robert Wade, Inc., and the previous stipulation entered into between the United States of America and defendants Robert C. Wade (now deceased) and Susan L. Wade on April 24, 2014, and for good cause appearing herein:

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

# FIRST CAUSE OF ACTION: REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AGAINST WADE LANDSCAPE, INC.

1. In its first cause of action, the United States seeks to reduce to judgment the following federal tax assessments against defendant Wade Landscape, Inc.:

| Tax Period | Tax Type | Date of Assessment | Tax Assessed | Type[1] |
|---|---|---|---|---|
| 12/31/2000 | Employment Taxes (Form 941) | 6/13/2005 | $6,670.36<br>$1,500.83<br>$1,000.54<br>$1,667.59<br>$2,286.61 | T<br>FTF<br>FTD[2]<br>FTP<br>INT |
| 3/31/2003 | Employment Taxes (Form 941) | 8/4/2003<br><br><br><br>6/13/2005 | $8,203.08<br>$1,104.40<br>$147.25<br>$90.40<br>$390.12 | T<br>FTD<br>FTP<br>INT<br>T |
| 6/30/2003 | Employment Taxes (Form 941) | 9/29/2003 | $9,374.62<br>$714.25<br>$47.62<br>$39.38 | T<br>FTD<br>FTP<br>INT |
| 9/30/2005 | Employment Taxes (Form 941) | 2/27/2006 | $8,103.39<br>$53.99<br>$12.00<br>$15.09 | T<br>FTF<br>FTP<br>INT |
| 12/31/2003 | Unemployment Taxes (Form 940) | 2/13/2006 | $720.55<br>$83.86 | T<br>I |
| 12/31/2004 | Unemployment | 4/23/2007 | $1,683.81<br>$168.38 | T<br>FTF |

---

[1] Key: T= Tax
   FTF = Failure to Timely File Penalty pursuant to 26 U.S.C. § 6651(a)(1)
   FTD = Failure to Deposit Penalty pursuant to 26 U.S.C. § 6656
   FTP = Failure to Pay Tax Penalty pursuant to 26 U.S.C. § 6651(a)(2)
   INT = Assessed Interest

[2] Failure to Deposit penalties assessed on various dates.

2

|  | Taxes (Form 940) |  | $311.82 | FTP |
|--|--|--|--|--|

2. The balances due for Wade Landscape, Inc.'s federal employment (Form 941) and unemployment (Form 940) taxes for the periods at issue in plaintiff's first cause of action, with interest and penalties calculated through June 30, 2015, are as follows:

| Tax Period | Tax Type | Balance Due as of 6/30/2015 |
|--|--|--|
| 12/31/2000 | Employment Taxes (Form 941) | $15,461.60 |
| 3/31/2003 | Employment Taxes (Form 941) | $10,646.72 |
| 6/30/2003 | Employment Taxes (Form 941) | $1,609.55 |
| 9/30/2005 | Employment Taxes (Form 941) | $1,180.92 |
| 12/31/2003 | Unemployment Taxes (Form 940) | $1,525.15 |
| 12/31/2004 | Unemployment Taxes (Form 940) | $3,447.55 |

3. The total balance due for the tax periods listed in paragraph 4 above, with interest and penalties calculated through June 30, 2015, totals $33,871.49. Additional amounts will continue to accrue after June 30, 2015, as allowed by law.

4. The above described balance due to the United States of America, plus accrued penalties and interest, is reduced to judgment against defendant Wade Landscape, Inc.

3

# SECOND CAUSE OF ACTION: REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AGAINST ROBERT WADE, INC.

5. In its second cause of action, the United States seeks to reduce to judgment the following federal tax assessments made against defendant Robert Wade, Inc.:

| Tax Period | Tax Type | Date of Assessment | Amount Assessed | Type |
|---|---|---|---|---|
| 9/30/2006 | Employment Taxes (Form 941) | 2/12/2007 | $9,388.65 | T |
|  |  |  | NONE | FTF |
|  |  |  | $2,866.71 | FTD |
|  |  |  | $4,777.87 | FTP |
|  |  |  | $216.44 | INT |
|  |  | 10/6/2008 | $9,722.85 | T |
| 12/31/2006 | Employment Taxes (Form 941) | 8/29/2011 | $12,987.75 | T |
|  |  |  | $2,922.24 | FTF |
|  |  |  | $1,948.15 | FTD |
|  |  |  | $3,246.94 | FTP |
|  |  |  | $4,306.88 | INT |
| 3/31/2007 | Employment Taxes (Form 941) | 1/5/2009 | $9,332.40 | T |
|  |  |  | $2,099.79 | FTF |
|  |  |  | $1,399.86 | FTD |
|  |  |  | $2,333.10 | FTP |
|  |  |  | $1,384.90 | INT |
| 6/30/2007 | Employment Taxes (Form 941) | 1/5/2009 | $10,888.80 | T |
|  |  |  | $2,449.98 | FTF |
|  |  |  | $1,633.32 | FTD |
|  |  |  | $2,722.20 | FTP |
|  |  |  | $1,317.35 | INT |
| 9/30/2007 | Employment Taxes (Form 941) | 1/5/2009 | $10,888.80 | T |
|  |  |  | $2,449.98 | FTF |
|  |  |  | $1,633.32 | FTD |
|  |  |  | $2,722.20 | FTP |
|  |  |  | $750.30 | INT |
| 12/31/2007 | Employment Taxes (Form 941) | 12/22/2008 | $11,092.29 | T |
|  |  |  | $2,495.77 | FTF |
|  |  |  | $1,653.83 | FTD |
|  |  |  | $2,773.87 | FTP |
|  |  |  | $733.35 | INT |

| 3/31/2008 | Employment Taxes (Form 941) | 7/13/2009 | $10,692.78<br>$2,405.88<br>$1,603.93<br>$2,673.19<br>$829.07 | T<br>FTF<br>FTD<br>FTP<br>INT |
|---|---|---|---|---|
| 6/30/2008 | Employment Taxes (Form 941) | 7/13/2009 | $21,872.94<br>$4,921.41<br>$3,280.94<br>$4,155.85<br>$1,293.28 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 9/30/2008 | Employment Taxes (Form 941) | 7/13/2009 | $21,927.65<br>$4,933.72<br>$3,289.14<br>$5,481.91<br>$921.31 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 12/31/2008 | Employment Taxes (Form 941) | 4/20/2009 | $13,456.13<br>NONE<br>$798.89<br>$2,050.48<br>$46.89 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 3/31/2009 | Employment Taxes (Form 941) | 5/17/2010 | $10,213.23<br>$1,280.88<br>$669.96<br>$1,483.20<br>$298.13 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 6/30/2009 | Employment Taxes (Form 941) | 5/17/2010 | $9,396.54<br>$2,114.22<br>$1,409.47<br>$2,349.14<br>$371.68 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 9/30/2009 | Employment Taxes (Form 941) | 5/17/2010 | $9,260.10<br>$2,083.52<br>$1,389.00<br>$2,315.02<br>$248.82 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 12/31/2009 | Employment Taxes (Form 941) | 3/29/2010 | $10,898.04<br>NONE<br>$1,634.80<br>$2,724.51 | T<br>FTF<br>FTD<br>FTP |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | $68.28 | INT |
| 3/31/2010 | Employment Taxes (Form 941) | 6/28/2010 | $6,450.26<br>NONE<br>$967.51<br>$1,612.56<br>$41.84 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 6/30/2010 | Employment Taxes (Form 941) | 6/20/2011 | $8,376.46<br>$1,708.88<br>$1,156.97<br>$1,746.85<br>$41.84 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 9/30/2010 | Employment Taxes (Form 941) | 6/27/2011 | $13,637.14<br>$2,529.02<br>$1,208.99<br>$2,191.81<br>$330.57 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 12/31/2010 | Employment Taxes (Form 941) | 6/20/2011 | $9,134.13<br>$818.02<br>NONE<br>$2,191.81<br>$210.32 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 3/31/2011 | Employment Taxes (Form 941) | 10/10/2011 | $13,500.07<br>$2,430.01<br>$2,025.00<br>$2,025.01<br>$282.66 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 6/30/2011 | Employment Taxes (Form 941) | 11/21/2011 | $11,932.96<br>$1,610.95<br>$1,787.63<br>$1,491.62<br>$149.24 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 3/31/2012 | Employment Taxes (Form 941) | 7/2/2012 | $9,466.43<br>NONE<br>$796.85<br>$43.34<br>$14.96 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 12/31/2006 | Unemployment Taxes (Form | 12/28/2009 | $8,598.28<br>$1,934.61<br>$1,289.74 | T<br>FTF<br>FTD |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 940) |  | $2,149.57<br>$2,018.14 | FTP<br>INT |
| 12/31/2007 | Unemployment Taxes (Form 941) | 12/28/2009 | $14,388.56<br>$3,237.43<br>$2,158.27<br>$3,597.14<br>$1,779.35 | T<br>FTF<br>FTD<br>FTP<br>INT |
| 12/31/2010 | Employment Taxes (Form 940) | 6/20/2011 | $473.47<br>$42.61<br>$52.08<br>$33.14<br>$15.58 | T<br>FTF<br>FTD<br>FTP<br>INT |

6. The balances due for the periods at issue in plaintiff's second cause of action, with interest and penalties calculated through June 30, 2015, are as follows:

| Tax Period | Tax Type | Balance Due as of 6/30/2015 |
|---|---|---|
| 9/30/2006 | Employment Taxes (Form 941) | $23,502.38 |
| 12/31/2006 | Employment Taxes (Form 941) | $15,212.06 |
| 3/31/2007 | Employment Taxes (Form 941) | $13,931.48 |
| 6/30/2007 | Employment Taxes (Form 941) | $16,243.21 |
| 9/30/2007 | Employment Taxes (Form 941) | $15,504.39 |
| 12/31/2007 | Employment Taxes (Form 941) | $15,789.35 |
| 3/31/2008 | Employment Taxes (Form 941) | $17,435.00 |
| 6/30/2008 | Employment Taxes (Form 941) | $5,758.01 |
| 9/30/2008 | Employment Taxes (Form 941) | $7,058.68 |
| 12/31/2008 | Employment Taxes (Form 941) | $2,899.78 |
| 3/31/2009 | Employment Taxes (Form 941) | $8,519.05 |
| 6/30/2009 | Employment Taxes (Form 941) | $18,314.26 |
| 9/30/2009 | Employment Taxes (Form 941) | $17,896.55 |

| | | |
|---|---|---|
| 12/31/2009 | Employment Taxes (Form 941) | $10,724.00 |
| 3/31/2010 | Employment Taxes (Form 941) | $10,541.40 |
| 6/30/2010 | Employment Taxes (Form 941) | $14,221.45 |
| 9/30/2010 | Employment Taxes (Form 941) | $11,138.96 |
| 12/31/2010 | Employment Taxes (Form 941) | $13,791.88 |
| 3/31/2011 | Employment Taxes (Form 941) | $12,060.86 |
| 6/30/2011 | Employment Taxes (Form 941) | $20,335.55 |
| 3/31/2012 | Employment Taxes (Form 941) | $4,801.90 |
| 12/31/2006 | Unemployment Taxes (Form 940) | $487.41 |
| 12/31/2007 | Unemployment Taxes (Form 941) | $708.59 |
| 12/31/2010 | Employment Taxes (Form 940) | $732.65 |

7. The total balance due for the tax periods listed in paragraph 7 above, with interest and penalties computed through June 30, 2015, totals $277,608.85. Additional amounts will continue to accrue after June 30, 2015, as allowed by law.

8. The above described balance due to the United States of America, plus accrued penalties and interest, is reduced to judgment against defendant Robert Wade, Inc.

9. The United States of America and defendants Wade Landscape, Inc. and Robert Wade, Inc. shall each bear their own costs and attorney's fees as against each other.

10. Under the terms of the stipulation entered into between the United States of America and defendants Robert C. Wade (now deceased) and Susan L. Wade on April 24, 2014, Robert C. Wade and Susan L. Wade acknowledged that they were the alter-egos of Wade Landscape, Inc. and Robert Wade, Inc. and that they were jointly and severally liable for the federal employment and unemployment tax liabilities at issue in

8

the government's first and second causes of action.  Defendants Robert C. Wade and Susan L. Wade further agreed that the United States of America was entitled to foreclose upon certain real property located at 431 and 441 Osgood Court, Laguna Beach, CA 92651, in satisfaction of the abovementioned tax liabilities.  The United States of America in turn agreed, with certain conditions, to forswear its right to foreclose until October 1, 2015.

11. The Court shall retain jurisdiction over this case to enforce the terms of settlement reached by the United States and defendants Robert C. Wade and Susan L. Wade in this case, as memorialized in the stipulation filed with the Court on April 24, 2014.

**IT IS SO ORDERED**

DATED:  July 06, 2015

_____
JOSEPHINE L. STATON
United States District Court Judge